AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JOSE JAIME, an individual; GABRIELA COVARRUBIAS, individually and as co-successor-in-interest to Decedent CHRISTIAN MADRIGAL,<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF ALAMEDA, CRAIG CEDERGREN, in his indiv. and off'l capacity as a law enforcem. off'r for the Ala. Co. Sherriff's Depart., JOSE MADRIGAL, as co-successor-in-interest to Dec. MADRIGAL,<br><br>*Defendant(s)* | Civil Action No. 4:19-cv-08367 DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COUNTY OF ALAMEDA, a municipal corporation; CRAIG CEDERGREN, in his individual and official capacity as a law enforcement officer for the Alameda County Sheriff's Department; JOSE MADRIGAL, as co-successor-in-interest to Decedent CHRISTIAN MADRIGAL;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Adante D. Pointer
Law Offices of John L. Burris
7677 Oakport St., Ste. 1120
Oakland, CA 94612
(510) 839-5200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: __12/30/2019__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv_08367 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **COUNTY OF ALAMEDA**
was received by me on *(date)* **01/07/2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **RHONDA BAILEY ADMINISTRATIVE ASSOCIATE**, who is designated by law to accept service of process on behalf of *(name of organization)* **CLERK OF THE BOARD DIVISION COUNTY ADMINISTRATIVE'S OFFICE** on *(date)* **01/08/2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **55.00** for travel and $ **25.00** for services, for a total of $ **80.00**.

I declare under penalty of perjury that this information is true.

Date: **1-13-2020**

*Server's signature*

**DERRICK S. CHILDS**
*Printed name and title*

LEGAL SUPPORT ON YOUR SIDE, INC.
101 BROADWAY ST.
OAKLAND, CA 94607

*Server's address*

Additional information regarding attempted service, etc: