UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE JAIME, et al.,

        Plaintiffs,

   v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

Case No. 19-cv-08367-RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 10, 2020**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 17, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: October 7, 2020

_____
Richard Seeborg
United States District Judge