1    NOAH G. BLECHMAN (State Bar No. 197167)
     noah.blechman@mcnamaralaw.com
2    RANDOLPH S. HOM (State Bar No. 152833)
     randolph.hom@mcnamaralaw.com
3    McNAMARA, NEY, BEATTY, SLATTERY,
     BORGES & AMBACHER LLP
4    3480 Buskirk Avenue, Suite 250
     Pleasant Hill, CA 94523
5    Telephone: (925) 939-5330
     Facsimile:  (925) 939-0203
6
     Attorneys for Defendant
7    County of Alameda

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
     JOSE JAIME, an individual, GABRIELA          Case No. C19-08367 RS
12   COVARRUBIAS, individually and as co-
     successor-in-interest to Decedent            **STIPULATION AND ORDER**
13   CHRISTIAN MADRIGAL,                          **DISMISSING ENTIRE ACTION, WITH**
                                                  **PREJUDICE**
14                   Plaintiffs,

15          vs.

16   COUNTY OF ALAMEDA, a municipal
     corporation; CRAIG CEDERGREN, in his
17   individual and official capacity as a law
     enforcement officer for the Alameda
18   County Sheriff's Dept.; JOSE
     MADRIGAL, as co-successor-in-interest to
19   Dec. MADRIGAL; and DOES 1-50,
     inclusive,,
20
                     Defendants.
21

22          The relevant parties, by and through their respective attorneys of record, hereby stipulate

23   and jointly request an Order from the Court to a dismissal of the Plaintiffs Complaint (ECF 1), the

24   entire action, against all Defendants, with prejudice.  Each party agrees to bear its own fees and

25   costs as to this dismissal.

26          The parties attest that concurrence in the filing of these documents has been obtained from

27   each of the other Signatories, which shall serve in lieu of their signatures on the document.

28

     STIPULATION AND ORDER
     DISMISSING ENTIRE ACTION, WITH
     PREJUDICE - C19-08367 RS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 6, 2021                    POINTER & BUELNA, LLP


                                          /s/ Buelna, Patrick_____
                                          PATRICK M. BUELNA
                                          COUNSEL FOR PLAINTIFFS

Dated:  January 6, 2021                   MCNAMARA, NEY, BEATTY, SLATTERY,
                                          BORGES & AMBACHER LLP



                                          By:   /s/ Blechman, Noah G.
                                               Noah G. Blechman
                                               Randolph S. Hom
                                               Attorneys for Defendant
                                               County of Alameda

Dated:  January 6, 2021                   LAW OFFICES OF MATTHEW M. GRIGG

                                          By:   /s/ Grigg, Matthew M.
                                               Matthew M. Grigg
                                               Attorney for Defendant
                                               CRAIG CEDERGREN

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiffs.  Each party to bear its own fees and costs as to this dismissal.  All further dates and deadline set in this matter are vacated.

IT IS SO ORDERED


DATED:_January 6, 2021_____           By:_____
                                          Hon. Richard Seeborg
                                          U.S. District Judge

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330